JS-6

1  LAW OFFICES OF PATRICIA RODRIGUEZ
   Patricia Rodriguez, Esq., SBN 270639
2  739 East Walnut St., Suite 204
   Pasadena, CA 91101
3  Office Phone: (626) 888-5206
   Fax: (626) 844-6550
4

5  Attorney for Plaintiff
   PETER ZEPPEIRO
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

   PETER ZEPPEIRO                        )   CASE NO. 12-CV-05357 ABC (RZx)
11                                        )   Hon. Audrey B. Collins
                           Plaintiff,     )   Ctrm. 680-Roybal
12                                        )
                                          )
13  vs.                                   )
                                          )
14  GMAC MORTGAGE, LLC;                   )
    HOMECOMINGS FINANCIAL LLC. f/k/a      )
15  HOMECOMINGS FINANCIAL                 )
    NETWORK, INC.; EXECUTIVE TRUSTEE      )   **[PROPOSED] ORDER GRANTING
16  SERVICES, LLC; FEDERAL NATIONAL       )   PLAINTIFF PETER ZEPPEIRO'S
    MORTGAGE ASSOCIATION aka FANNIE       )   VOLUNTARY DISMISSAL OF
17  MAE as TRUSTEE FOR FIXED TO           )   DEFENDANTS GMAC MORTGAGE
    FLOATING RATE NON-CUMULATIVE          )   LLC; HOMECOMINGS FINANCIAL
18  PREFERRED STOCK SERIES 1;             )   LLC. f/k.a HOMECOMINGS
    MORTGAGE ELECTRONIC                   )   FINANCIAL NETWORK, INC; AND
19  REGISTRATION SYSTEMS, INC., aka       )   EXECUTIVE TRUSTEE SERVICES,
    MERS; DOES 1 THROUGH 10,              )   LLC. FROM CASE NUMBER CV 12-
20  INCLUSIVE                             )   05357-ABC WITHOUT PREJUDICE**
21                                        )
                                          )
22                         Defendants     )
                                          )
23  _____ )

24

25

26

27

28

                                     1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This court having received and reviewed Plaintiff, PETER ZEPPEIRO'S request, does hereby grant his voluntary dismissal of all claims against Defendants GMAC MORTGAGE LLC; HOMECOMINGS FINANCIAL LLC. f/k/a HOMECOMINGS FINANCIAL NETWORK, INC; AND EXECUTIVE TRUSTEE SERVICES, LLC. in Case Number CV 12-05357-MWF-PJW WITHOUT PREJUDICE.

IT IS SO ORDERED.

Date: _April 25, 2013_

_____
Honorable Audrey B. Collins

2